

| LA CREMAILLERE BUDGET | | | | |
|---|---|---|---|---|
| CASE NO.:19-22823 | | | | |
|  | 4/17-4/23 | 4/24-4/30 | 5/1-5/7 | 5/8-5/14 |
| **Revenues** | | | | |
| Sales Average $29,000 | **$29,000.00** | **$29,000.00** | **$29,000.00** | **$29,000.00** |
|  | | | | |
| **Expenses** | | | | |
| Food Purchases | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| Wine Purchases | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Flowers | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 |
| Linen (laundry) | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Oil and Propane | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Electric | $ 666.00 | $ 666.00 | $ 666.00 | $ 666.00 |
| Telephone | $ 65.00 | $ 65.00 | $ 65.00 | $ 65.00 |
| Internet | $ 63.00 | $ 63.00 | $ 63.00 | $ 63.00 |
| Garbage | $ 130.00 | $ 130.00 | $ 130.00 | $ 130.00 |
| Misc unbudgeted expenses | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 |
| Credit Card Processing Charges | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Promotion/donations/marketing | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Payroll | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Worker's Compensation | $ 625.00 | $ 625.00 | $ 625.00 | $ 625.00 |
| Liability Insurance | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| Rent | $ 1,550.00 | $ 1,550.00 | $ 1,550.00 | $ 1,550.00 |
| Tax | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| Officers Compensation | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
|  | $24,267.00 | $24,267.00 | $24,267.00 | $24,267.00 |
|  | | | | |
| **Net Income** | $ 4,733.00 | $ 4,733.00 | $ 4,733.00 | $ 4,733.00 |