UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                         Chapter 11

La Cremaillere Restaurant Corp,                Case No.: 19-22823 (RDD)

                              Debtor,
-----------------------------------------------------------X

## OBJECTION OF THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO THE DEBTOR'S MOTION TO USE CASH COLLATERAL AND FOR ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. SECTIONS 361 AND 363(e)

The New York State Department of Taxation and Finance ("NYS DTF"), by its attorney, Letitia James, Attorney General of the State of New York, respectfully submits this Objection ("Objection") to the motion of debtor La Cremaillere Restaurant Corp. ("Debtor") for an order (A) authorizing the use of cash collateral pursuant to Bankruptcy Code Section 363(c)(2) and Bankruptcy Rule 4001 on an interim basis and providing adequate protection pursuant to 11 U.S.C. Sections 361 and 362; (B) scheduling a final hearing; and (C) for such other and further relief as the Court deems just and proper ("Motion"), based on the following facts and grounds.

### OBJECTION

1.     On April 17, 2019, the Debtor commenced its voluntary case under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. (Dkt. No. 1.)

2.     On April 26, NYS DTF filed Amended Proof of Claim ("Claim") in the amount of $519,021.75, consisting of a secured claim of $472,824.98, an unsecured priority claim of

$39,910.52 and a general unsecured claim of $6,286.25. Claims Register 1-2. A copy of the claim is attached as Exhibit A.

3. The secured portion of the Claim is for unpaid sales tax for the periods ending May 31, 2014 and February 28, 2017. NYS DTF perfected its liens by filing Warrants with the New York Secretary of State and the Westchester County Clerk's Office on January 12, 2015, and November 24, 2017. In accordance with New York State Tax Law Section 1092, the Warrants attach to all of the Debtor's real and personal property.

4. On April 30, 2019, the Debtor filed the Motion to approve use of its cash collateral and to provide Celtic Bank adequate protection. The Motion does not propose any protection to the secured claim NYS DTF holds which is required by 11 U.S.C. Section 363(e).

5. On May 10, 2019, the United States of America, on behalf of the IRS, filed an objection to the Motion and a request for adequate protection. Dkt. 8. The IRS Objection correctly observes that the Motion impermissibly seeks to elevate Celtic Bank's claims above the IRS Claim. NYS DTF joins in that part of the IRS Objection because the Motion also seeks to subordinate the NYS DTF secured claim.

6. NYS DTF has discussed its request for adequate protection with counsel for the Debtor and is hopeful that acceptable arrangements for adequate protection will be made in advance of the interim hearing. If not, NYS DTF requests that the Court issue an order providing adequate protection to NYS DTF and deny the Motion as presented.

**WHEREFORE**, NYS DTF respectfully requests that the Court deny the Motion as presented, direct the Debtor to provide adequate protection for its secured claim and grant such other and further relief as it deems just and proper.

Dated: New York, New York
       May 10, 2019

                                Respectfully submitted,

                                LETITIA JAMES
                                Attorney General of the
                                State of New York
                                Attorney for the New York State
                                Department of Taxation and Finance
                                By:

                                _____
                                Enid Nagler Stuart
                                Assistant Attorney General
                                Special Bankruptcy Counsel
                                28 Liberty Street
                                New York, New York 10005
                                Tel. No. (212) 416-8666

# Exhibit A



**New York State Department of**
**Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

## Pre-Petition Proof of Claim

Statement date: 4/30/2019
Amendment: 1st
Case number: 19-22823 RDD
*Refer to this number for inquiries*
Total claim amount: $519,021.75
Taxpayer ID#: B-13-1954965-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
U. S. COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY  10601

This is a statement of tax liabilities for LA CREMAILLERE RESTAURANTS CORP.. Penalty and interest for each liability is computed to 4/17/2019.

### Secured Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type | Warrant Date | Cnty |
|---|---|---|---|---|---|---|---|---|---|
| SALES | 05/31/14 | L-041810480-2 | 0.00 | 3,347.47 | 8,138.46 | 11,485.93 | ACT | 01/12/15 | WEST |
| SALES | 02/28/17 | L-046991754-2 | 346,703.49 | 0.00 | 114,635.56 | 461,339.05 | AUD | 11/24/17 | WEST |
| | | | | | SubTotal $ | 472,824.98 | | | |

### Unsecured Priority Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| WITHLD | 09/30/18 | L-049396850-8 | 0.00 | 0.00 | 24.40 | 24.40 | EST |
| SALES | 11/30/18 | L-049432118-7 | 10,000.00 | 0.00 | 476.38 | 10,476.38 | ACT |
| SALES | 02/28/19 | L-049746305-8 | 28,997.10 | 0.00 | 312.64 | 29,309.74 | ACT |
| SALES | 03/11/19 | L-049562156-4 | 50.00 | 0.00 | 0.00 | 50.00 | ACT |
| SALES | 03/21/19 | L-049589220-4 | 50.00 | 0.00 | 0.00 | 50.00 | ACT |
| | | | | | SubTotal $ | 39,910.52 | |

### General Unsecured Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| WITHLD | 09/30/18 | L-049396850-8 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | EST |
| WITHLD | 12/31/18 | L-049657702-7 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | EST |
| SALES | 11/30/18 | L-049432118-7 | 0.00 | 1,386.54 | 0.00 | 1,386.54 | ACT |

**(Continued on back)**

TC-988 (10/00)    190425230049004109

**Pre-Petition Proof of Claim** (continued)

General Unsecured Liabilities (Continued)

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| SALES | 02/28/19 | L-049746305-8 | 0.00 | 2,899.71 | 0.00 | 2,899.71 | ACT |
| | | | | | SubTotal $ | 6,286.25 | |

This claim amends and supercedes the previous claim dated 4/23/2019.
Current Annual Interest Rates by Tax Type: Withholding - 10%, Sales and Use - 14.5%
Liability Type Descriptions: EST - Estimated (No Return Filed), ACT - Actual Return Filed, AUD - Audit Assessment

*[signature]*

TC-988 (10/00) (back)

## CERTIFICATE OF SERVICE

I, Enid Nagler Stuart of the NYS Office of the Attorney General, hereby certify that on May 10, 2019 I electronically filed and served the attached *Objection of the New York State Department of Taxation and Finance*, by using the CM/ECF system.

Executed on May 10, 2019

_____
Enid Nagler Stuart