**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
Telephone:
877-385-7793
Fax: 888-908-6906

H. Bruce Bronson, Jr., Esq.
(admitted NY)
email:hbbronson@bronsonlaw.net

of Counsel:
Victoria Lehning

July 15, 2019

Hon. Robert D. Drain
US Bankruptcy Court
Southern District of NY
300 Quarropas Street
White Plains, NY 10601

    Re:    <u>**La Cremaillere Restaurant Corp. ("Debtor")**</u>
                <u>**Bankruptcy Case No: 19-22823**</u>

Dear Judge Drain:

In light if recently received information, our firm hereby withdraws the April 2019 Operating Report (ECF #18) and the Amended April 2019 Operating Report (ECF#38).

                                        Very truly yours,

                                        <u>/s/ H. Bruce Bronson</u>
                                        H. Bruce Bronson