LA CREMAILLERE RESTAURANT CORP.
MEYZEN FAMILY REALTY ASSOCIATES, LLC
BARBARA MEYZEN
PO BOX 481
BEDFORD, NY  10506
(203) 948-3529

FILED
U.S. BANKRUPTCY COURT
2019 JUL 19 P 12: 27
S.D. OF N.Y.

July 19, 2019

U.S. Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601
Attn:  Ms. Dorothy Li

Re:  Chapter 11 Case No. 18-23419, Case No. 19-22823

Dear Honorable Judge Drain:

We apologize for any informality of this letter and request to you and the court.  We do not intend any disrespect.

We would like to request an adjournment/postponement of the meeting scheduled for Monday July 22, 2019.  We understand that our attorney is withdrawing as our council.

We would humbly request time to find council and would like to request a postponement so that we may have time to do so.

We would also humbly request a meeting with you in your chambers or via telephone, whichever is more appropriate, to get your advice and to update on the status of our intention to finalize the payment of the outstanding debts.

Sincerely,

Barbara J. Meyzen
For
La Cremaillere Restaurant Corp
Meyzen Family Realty Associates, LLC
lacremaillere1@aol.com

o    relief was granted and the date on _____ , 2019.